UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID HENRY JOHNSON,

        Petitioner,                              No. 11-CV-11674

vs.                                                 Hon. Gerald E. Rosen

MICHIGAN PAROLE BOARD,

        Respondent.
_____/

## JUDGMENT

The Court having this date entered an Order adopting the Magistrate Judge's Report and Recommendation and dismissing David Henry Johnson's Petition for a Writ of Habeas Corpus, and being fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this habeas corpus action be, and hereby is, DISMISSED, in its entirety, WITH PREJUDICE.

                                                 s/Gerald E. Rosen
                                                 Chief Judge, United States District Court

Dated: January 14, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 14, 2013, by electronic and/or ordinary mail.

                                                 s/Julie Owens
                                                 Case Manager